Name: David M Doyle

Address: 710 S Myrtle Ave Ste 257

Monrovia, CA 91016

Phone Number: 626 524 4255

E-mail Address: davedoyle9@gmail.com

*Pro Se*

FILED

2018 JUN 18  AM 11: 42

CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID M DOYLE

PLAINTIFF(S)

v.

FAST ADVANCE FUNDING

DEFENDANT(S)

CASE NUMBER

CV18-5412-DMG(FFMx)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the (Plaintiff/Defendant) ___Plaintiff___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 6/18/2018                           Signature: _____

CV-005 (12/15)          APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING