AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-05412

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   FAST ADVANCE FUNDING, LLC

was received by me on *(date)*   06/22/2018   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   JOHN DOE, refused to give his name   , who is

designated by law to accept service of process on behalf of *(name of organization)* FAST ADVANCE FUNDING, LLC

_____ on *(date)*   06/22/2018   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $   25.00   for travel and $   25.00   for services, for a total of $   50.00   .

I declare under penalty of perjury that this information is true.

Date:   06/22/2018

*Server's signature*

KAMERON MARSHALL, Process Server
*Printed name and title*

199 W. Chew Ave,
Philadelphia, PA 19120

*Server's address*

Additional information regarding attempted service, etc:
20 N. 3RD ST, PHILADELPHIA, PA 19106
Approximately 11:15 AM. The door was closed but I walked in behind a UPS delivery man. I pretended to be a pizza
delivery guy since it was unlikely the defendants would open the door for a random person. I spoke with the manager,
"Anthony" and I recognized him from before. I placed the pizza box on a desk, opened it, ate a slice of pizza inside,
and handed him the papers and told him that Fast Advance Funding had been served. The man became agitated and
insisted I had the wrong place but I knew he was lying due to previous experience at this office serving Fast Advance
Funding. The man refused to give his last name.