Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No. **18-CV-5412-DMG (FFMx)**  Case Name: **DOYLE v. FAST ADVANCE FUNDING LLC**

**JOINTLY PREPARED**  _____  **PLAINTIFF & DEFENDANT**

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** [ ] Court [X] Jury<br>Duration Estimate: **3 DAYS** | **June 2019**<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br>4 wks before trial | **May 1, 2019**<br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | **November 1, 2018** |
| Non–Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | **January 1, 2019** |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | **January 30, 2019** |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | **February 27, 2019** |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | **March 27, 2019** |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | **April 10, 2019** |
| Settlement Conference Completion Date | at least 4 wks before FPTC | **April 3, 2018** |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | **April 10, 2019** |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | **April 17, 2019** |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | at least 90 days after complaint served (unless longer time justified) | |

**EXHIBIT A**