Kimberly A. Wright, Esq. (265899)
**REVOLVE LAW GROUP LLP**
2601 Main Street, Suite 1200
Irvine, CA 92614
T: 833-775-4557
F: 888-711-7710

Attorneys for Defendant,
FAST ADVANCE FUNDING LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DOYLE,<br><br>　　　　　PLAINTIFF,<br><br>vs.<br><br>FAST ADVANCE FUNDING LLC,<br><br>　　　　　DEFENDANT. | Case No.: 2:18-CV-5412-DMG-FFM<br>Hon. Dolly M. Gee<br><br>**DEFENDANT FAST ADVANCE FUNDING, LLC'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)(i)-(iv)** |

Defendant Fast Advance Funding LLC ("Defendant"), through its counsel Revolve Law Group LLP, hereby files its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i)-(iv).

(i)　Individuals likely to have discoverable information are as follows:

(1)　Danny Martinez, Defendant's employee in charge of IT. Mr. Martinez can provide information as to the dialer system of Defendant, including number validation and removal.

   (2) Steve Marucci, Defendant's employee that communicated with Plaintiff. Mr. Marucci can provide information as to communications with Plaintiff.

   (3) Anthony Gibson, Defendant's employee in charge of sales. Mr. Gibson can provide information as to how the sales of Defendant are accomplished.

(ii) Description of documents used to support defenses are as follows:

   (1) Dialer Number Removal Policies & Procedure.

(iii) Damages Calculations - N/A

(iv) Available insurance policies to cover potential liability - None

Dated: September 13, 2018     **REVOLVE LAW GROUP LLP**

              By: __/s/ *Kimberly A. Wright*____
                 Kimberly A. Wright
                Attorneys for Defendant Fast Advance Funding LLC

|     |     |
| --- | --- |
| 1   | **CERTIFICATE OF SERVICE** |
| 2   | I hereby certify that on September 13, 2018, I electronically filed the |
| 3   | foregoing with the Clerk of the Court for the United States District Court for the |
| 4   | Central District of California using the CM/ECF system. I certify that all |
| 5   | participants in the case are registered CM/ECF users and that service will be |
| 6   | accomplished by the CM/ECF system. I hereby certify that participants in the case |
| 7   | that are not registered CM/ECF users shall receive service via First Class regular |
| 8   | mail and electronic mail as shown on the service list below. |

/s/ *Kimberly A. Wright*

Kimberly A. Wright

**SERVICE LIST**

David Doyle
710 S. Myrtle Ave.
Ste 257
Monrovia, CA 01016
davedoyle9@gmail.com