LEONARD L. GUMPORT (SBN 086935)
GUMPORT LAW FIRM, PC
225 S. Lake Ave., Ste. 225
Pasadena, CA 91101
Tel: (626) 432-7283 Email: lgumport@gumportlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DOYLE,<br><br>Plaintiff(s)<br>v.<br><br>FAST ADVANCE FUNDING, LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-05412-DMG-FFM<br><br>MEDIATION REPORT |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 12/18/18 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   N/A .

Dated: December 18, 2018

_____
Signature of Mediator
LEONARD L. GUMPORT
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101..

       On **December 18, 2018,** in the manner indicated below, the foregoing document described as: **MEDIATION REPORT** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, with first class postage prepaid, addressed as follows:

__X__ **(BY FIRST CLASS U.S. MAIL or OVERNIGHT MAIL)** I served the following person(s) and/or entity(ies) at the last known address(es) in this case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

__X__ **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses on the list below:

**[SEE ATTACHED NEF LIST]**

\* \* \* \* \* \*

___ (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED **December 18, 2018** at Pasadena, California.

_/s/ Kathleen Marosy_
KATHLEEN MAROSY

<u>**SERVICE LIST**</u>
<u>**DAVID M. DOYLE v. FAST ADVANCE FUNDING, LLC**</u>
**Case No. 2:18-cv-05412-DMG**

<u>**BY FIRST CLASS U.S. MAIL:**</u>

<u>**UNITED STATES DISTRICT COURT**</u>
The Honorable Dolly M. Gee
United States Courthouse
350 W. 1st Street, Courtroom 8C
Los Angeles, CA 90012-4565

<u>**BY THE COURT VIA NOTICE OF ELECTRONIC FILING**</u> ("**NEF**"):

- **David M Doyle**
davedoyle9@gmail.com

- **Justin Prato**
jmprato@gmail.com

- **Kimberly Wright**
kimberly@revolvelawgroup.com,steven@revolvelawgroup.com