Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Email: JustinP@prato-reichman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DOYLE,<br><br>        Plaintiff,<br><br>vs.<br><br>FAST ADVANCE FUNDING LLC.,<br><br>        Defendants. | Case No:18-CV-5412-DMG-(FFMx)<br><br>**JOINT MOTION FOR STIPULATION OF VOLUNTARY DISMISSAL OF WITH PREJUDICE** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or

their respective counsel(s) that, pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed, **with**

**prejudice** against Defendant, FAST ADVANCE FUNDING LLC, with each party

to bear their own attorney's fees and costs.    No other Defendants remaining, it is

hereby stipulated that the entire case be dismissed.

DATED:  April 16, 2019           **PRATO & REICHMAN, APC**

                                 ___/s/ Justin Prato Esq._____
                                 By: Justin Prato, Esq.
                                 **Prato & Reichman, APC**
                                 Attorneys for Plaintiff
                                 DAVID DOYLE

DATED:  April 16, 2019           **REVOLVE LAW GROUP, LLP**


                                 __/s/___Kimberly A. Wright Esq___
                                 Kimberly A. Wright, Esq.
                                 Revolve Law Group, LLP
                                 Attorneys for Defendant
                                 FAST ADVANCE LLC

## __ATTESTATION__

I hereby attest that Kimberly Wright has given me approval to affix her electronic signature to this dismissal.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  April 16, 2019                    **PRATO & REICHMAN, APC**

                                          *__/s/ Justin Prato Esq.__*
                                          By: Justin Prato, Esq.
                                          **Prato & Reichman, APC**
                                          Attorneys for Plaintiff
                                          DAVID DOYLE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.


__X__  Via ECF


Kimberly A. Wright, Esq.
Revolve Law Group, LLP
Attorneys for Defendant
FAST ADVANCE LLC


DATED: April 16, 2019            **PRATO & REICHMAN, APC**



__/s/ Justin Prato Esq._____
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
DAVID DOYLE