JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DOYLE,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>FAST ADVANCED FUNDING LLC.,<br><br>　　　　　Defendants. | Case No.: CV 18-5412-DMG-(FFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [22]** |

- 1 -

Pursuant to the parties' stipulation for dismissal with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice, in its entirety, as to the only Defendant, FAST ADVANCE FUNDING LLC. All scheduled dates and deadlines are VACATED. The Order to Show Cause dated April 10, 2019 is discharged. [Doc. # 21.]

DATED: April 16, 2019

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE